UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 30 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HOME DECOR CENTER, INC., a California corporation,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>GOOGLE, INC., a California corporaiton,<br><br>        Defendant - Appellee. | No. 13-56007<br><br>D.C. No. 2:12-cv-05706-GW-SH<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered July 07, 2015, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                        FOR THE COURT:
                                        Molly C. Dwyer
                                        Clerk of Court

                                        Craig Westbrooke
                                        Deputy Clerk